.. 0 5 -   5 7 8

Sussex Correctional Institute
Rt 113 Box 500
Georgetown, DE 19947

Clerk of the Court
Federal Building
844 N. King St.
Wilmington, DE 19801

July 28, 2005

Re: State vs Safford # 0410014004 (Below)

To whom it may concern:

Please find the enclosed application to proceed in forma pauperis
in lieu of the motion for release before Judgement of conviction which
has been prepared separately. I appreciate your attention to detail in
this matter, and please inform me if I make any errors or ommissions.

Thank - You!

David C. Safford II

SBI # 252614

(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

State of Delaware
_____
Plaintiff

V.

Safford, David C.
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

. 0 5 -   5 7 8

CASE NUMBER:

I, David C. Safford II _____ declare that I am the (check appropriate box)

Petitioner/Plaintiff/Movant          (Other)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          (Yes)          No          (If "No" go to Question 2)

    If "Yes" state the place of your incarceration S.C.I. , Georgetown, DE _____

    Are you employed at the institution? NO ___ Do you receive any payment from the institution? NO ___
    Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2.  Are you currently employed?          Yes          (No)

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   N/A

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. (OVER)
    October, 2004 ; $10 hourly every two weeks. Towne Court Apartments 91-2 Thorn Ln.
    Newark, DE , 19711

3.  In the past twelve months have you received any money from any of the following sources?

|     |                                                      |     |      |
|-----|------------------------------------------------------|-----|------|
| a.  | Business, profession or other self-employment        | Yes | (No) |
| b.  | Rent payments, interest or dividends                 | Yes | (No) |
| c.  | Pensions, annuities or life insurance payments       | Yes | (No) |
| d.  | Disability or workers compensation payments          | Yes | (No) |
| e.  | Gifts or inheritances                                | Yes | (No) |
| f.  | Any other sources                                    | Yes | (No) |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

Employment:

October 2004

$10 hourly

Town Court Apartments
91-2 Thorn Lane
Newark, DE 19711

4.  Do you have a cash or checking or savings accounts?    (Yes)    No

If "Yes" state the total amount  $ _less than $200_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    Yes    (No)

If "Yes" describe the property and state its value.

N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

None

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                                SIGNATURE OF APPLICANT

# SEE ATTACHED
# SIX MONTH STATEMENT

## REQUEST FORM
### FOR
### INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Safford        David        C            SBI Number: 252614
        (Last)      (First)    (M.I.)

Housing Unit: Pre-trial  Unit  2

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

DONNA G. FUHRMAN
**NOTARY PUBLIC, STATE OF DELAWARE**
**My Commission** Expires September 4, 2005

Inmate Signature                                    Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____.

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: <u>Safford</u>     <u>David</u>     <u>C.</u>

               (Last)          (First)      (M.I.)

          SBI Number: <u>252614</u>

          Housing Unit: <u>Pretrial Unit 2</u>

**RECEIVED**
**SCI Business Office**

JUL 2 5 2005

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of <u>01-01</u>, <u>2005</u>
through <u>06-30</u>, <u>2005</u>.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ <u>12.61</u>.

Attachment

Notary

PHYLLIS A. MAY
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires March 2, 2006

Printed: 7/25/2005

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005*

**SBI:** *00252614*        **NAME:**    **SAFFORD, DAVID C**

| Date | Balance |
|------|---------|
| 01/01/2005 | $25.04 |
| 01/02/2005 | $25.04 |
| 01/03/2005 | $25.04 |
| 01/04/2005 | $25.04 |
| 01/05/2005 | $10.03 |
| 01/06/2005 | $10.03 |
| 01/07/2005 | $10.03 |
| 01/08/2005 | $10.03 |
| 01/09/2005 | $10.03 |
| 01/10/2005 | $10.03 |
| 01/11/2005 | $10.03 |
| 01/12/2005 | $2.29 |
| 01/13/2005 | $2.29 |
| 01/14/2005 | $2.29 |
| 01/15/2005 | $2.29 |
| 01/16/2005 | $2.29 |
| 01/17/2005 | $2.29 |
| 01/18/2005 | $2.29 |
| 01/19/2005 | $0.45 |
| 01/20/2005 | $0.45 |
| 01/21/2005 | $0.45 |
| 01/22/2005 | $0.45 |
| 01/23/2005 | $0.45 |
| 01/24/2005 | $20.45 |
| 01/25/2005 | $20.45 |
| 01/26/2005 | $9.86 |
| 01/27/2005 | $9.86 |
| 01/28/2005 | $9.86 |
| 01/29/2005 | $9.86 |
| 01/30/2005 | $9.86 |
| 01/31/2005 | $9.86 |
| 02/01/2005 | $9.86 |
| 02/02/2005 | $4.58 |
| 02/03/2005 | $4.58 |
| 02/04/2005 | $4.58 |
| 02/05/2005 | $4.58 |
| 02/06/2005 | $4.58 |
| 02/07/2005 | $4.58 |
| 02/08/2005 | $4.58 |
| 02/09/2005 | $0.00 |
| 02/10/2005 | $0.00 |
| 02/11/2005 | $20.00 |
| 02/12/2005 | $20.00 |
| 02/13/2005 | $18.58 |
| 02/14/2005 | $18.58 |
| 02/15/2005 | $18.58 |
| 02/16/2005 | $6.75 |
| 02/17/2005 | $6.75 |

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005

**SBI:** *00252614*          **NAME:**    *SAFFORD, DAVID C*

| Date | Balance |
|------|---------|
| 02/18/2005 | $12.75 |
| 02/19/2005 | $12.75 |
| 02/20/2005 | $12.75 |
| 02/21/2005 | $12.75 |
| 02/22/2005 | $12.75 |
| 02/23/2005 | $8.73 |
| 02/24/2005 | $8.73 |
| 02/25/2005 | $8.73 |
| 02/26/2005 | $8.73 |
| 02/27/2005 | $8.73 |
| 02/28/2005 | $4.16 |
| 03/01/2005 | $4.16 |
| 03/02/2005 | $1.86 |
| 03/03/2005 | $1.86 |
| 03/04/2005 | $1.86 |
| 03/05/2005 | $1.86 |
| 03/06/2005 | $1.86 |
| 03/07/2005 | $1.86 |
| 03/08/2005 | $1.86 |
| 03/09/2005 | $1.40 |
| 03/10/2005 | $1.40 |
| 03/11/2005 | $21.40 |
| 03/12/2005 | $21.40 |
| 03/13/2005 | $21.40 |
| 03/14/2005 | $21.40 |
| 03/15/2005 | $21.40 |
| 03/16/2005 | $21.40 |
| 03/17/2005 | $21.40 |
| 03/18/2005 | $21.40 |
| 03/19/2005 | $21.40 |
| 03/20/2005 | $21.40 |
| 03/21/2005 | $21.40 |
| 03/22/2005 | $21.40 |
| 03/23/2005 | $10.36 |
| 03/24/2005 | $10.36 |
| 03/25/2005 | $10.36 |
| 03/26/2005 | $10.36 |
| 03/27/2005 | $10.36 |
| 03/28/2005 | $10.36 |
| 03/29/2005 | $10.36 |
| 03/30/2005 | $0.15 |
| 03/31/2005 | $0.15 |
| 04/01/2005 | $0.15 |
| 04/02/2005 | $0.15 |
| 04/03/2005 | $0.15 |
| 04/04/2005 | $0.15 |
| 04/05/2005 | $0.15 |
| 04/06/2005 | $0.15 |

# *Average Daily Balance For Pauper Filing*

### *For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005*

**SBI:** *00252614*        **NAME:**    *SAFFORD, DAVID C*

| Date | Balance |
|------|---------|
| 04/07/2005 | $0.15 |
| 04/08/2005 | $0.15 |
| 04/09/2005 | $0.15 |
| 04/10/2005 | $0.15 |
| 04/11/2005 | $0.15 |
| 04/12/2005 | $0.15 |
| 04/13/2005 | $0.15 |
| 04/14/2005 | $0.15 |
| 04/15/2005 | $0.15 |
| 04/16/2005 | $0.15 |
| 04/17/2005 | $0.15 |
| 04/18/2005 | $0.15 |
| 04/19/2005 | $0.15 |
| 04/20/2005 | $20.15 |
| 04/21/2005 | $20.15 |
| 04/22/2005 | $20.15 |
| 04/23/2005 | $20.15 |
| 04/24/2005 | $20.15 |
| 04/25/2005 | $20.15 |
| 04/26/2005 | $13.92 |
| 04/27/2005 | $4.37 |
| 04/28/2005 | $4.37 |
| 04/29/2005 | $4.37 |
| 04/30/2005 | $4.37 |
| 05/01/2005 | $4.37 |
| 05/02/2005 | $4.37 |
| 05/03/2005 | $4.37 |
| 05/04/2005 | $3.07 |
| 05/05/2005 | $3.07 |
| 05/06/2005 | $3.07 |
| 05/07/2005 | $3.07 |
| 05/08/2005 | $3.07 |
| 05/09/2005 | $3.07 |
| 05/10/2005 | $3.07 |
| 05/11/2005 | $3.07 |
| 05/12/2005 | $28.07 |
| 05/13/2005 | $28.07 |
| 05/14/2005 | $28.07 |
| 05/15/2005 | $28.07 |
| 05/16/2005 | $28.07 |
| 05/17/2005 | $28.07 |
| 05/18/2005 | $28.07 |
| 05/19/2005 | $28.07 |
| 05/20/2005 | $28.07 |
| 05/21/2005 | $28.07 |
| 05/22/2005 | $28.07 |
| 05/23/2005 | $28.07 |
| 05/24/2005 | $28.07 |

### *Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 1/1/2005 through 6/30/2005*

**SBI: 00252614**        **NAME:    SAFFORD, DAVID C**

| Date | Balance |
|---|---|
| 05/25/2005 | $28.07 |
| 05/26/2005 | $12.62 |
| 05/27/2005 | $12.62 |
| 05/28/2005 | $12.62 |
| 05/29/2005 | $12.62 |
| 05/30/2005 | $12.62 |
| 05/31/2005 | $12.62 |
| 06/01/2005 | $2.37 |
| 06/02/2005 | $2.37 |
| 06/03/2005 | $2.37 |
| 06/04/2005 | $2.37 |
| 06/05/2005 | $2.37 |
| 06/06/2005 | $22.37 |
| 06/07/2005 | $22.37 |
| 06/08/2005 | $20.77 |
| 06/09/2005 | $20.77 |
| 06/10/2005 | $20.77 |
| 06/11/2005 | $20.77 |
| 06/12/2005 | $20.77 |
| 06/13/2005 | $20.77 |
| 06/14/2005 | $40.77 |
| 06/15/2005 | $40.77 |
| 06/16/2005 | $40.77 |
| 06/17/2005 | $40.77 |
| 06/18/2005 | $40.77 |
| 06/19/2005 | $40.77 |
| 06/20/2005 | $40.77 |
| 06/21/2005 | $40.77 |
| 06/22/2005 | $33.34 |
| 06/23/2005 | $33.34 |
| 06/24/2005 | $33.34 |
| 06/25/2005 | $33.34 |
| 06/26/2005 | $33.34 |
| 06/27/2005 | $33.34 |
| 06/28/2005 | $3.97 |
| 06/29/2005 | $3.97 |
| 06/30/2005 | $3.97 |

*Summary for 'SBI' = 00252614 (181 detail records)*        **Average Daily Balance:**    **$12.61**

# Prior Month -- Individual Statement

Date Printed: 7/25/2005                                                          Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $25.04 |
|---|---|---|---|---|---|---|
| 00252614 | SAFFORD | DAVID | C | | | |
| **Current Location:** | PRE-TRIAL UNIT 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 1/5/2005 | ($15.01) | $0.00 | $0.00 | $0.00 | $10.03 |
| Commissary | | 1/12/2005 | ($7.74) | $0.00 | $0.00 | $0.00 | $2.29 |
| Commissary | | 1/19/2005 | ($1.84) | $0.00 | $0.00 | $0.00 | $0.45 |
| Mail MO | RITA SAFFORD | 1/24/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.45 |
| Copies | | 1/26/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $20.45 |
| Commissary | | 1/26/2005 | ($10.59) | $0.00 | $0.00 | $0.00 | $9.86 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $9.86 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $9.86 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $9.86 |

| | | | | | Ending Mth Balance: | $9.86 |
|---|---|---|---|---|---|---|

# Prior Month -- Individual Statement

Date Printed:  7/25/2005                                                                 Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.86 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00252614 | SAFFORD | DAVID | C | | | |

Current Location:    PRE-TRIAL UNIT 2

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 2/2/2005 | ($5.28) | $0.00 | $0.00 | $0.00 | $4.58 |
| Medical | | 2/9/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $4.58 |
| Medical | | 2/9/2005 | ($4.58) | ($1.42) | $0.00 | $0.00 | $0.00 |
| Mail MO | RITA SAFFORD | 2/11/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Medical | | 2/13/2005 | ($1.42) | $0.00 | $0.00 | $0.00 | $18.58 |
| Copies | | 2/16/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $18.58 |
| Commissary | | 2/16/2005 | ($11.83) | $0.00 | $0.00 | $0.00 | $6.75 |
| Reimburseme | MEDICAL CO-PAY | 2/18/2005 | $6.00 | $0.00 | $0.00 | $0.00 | $12.75 |
| Commissary | | 2/23/2005 | ($4.02) | $0.00 | $0.00 | $0.00 | $8.73 |
| Postage-Com | | 2/24/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $8.73 |
| Postage-Com | | 2/24/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $8.73 |
| Postage-Com | | 2/24/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $8.73 |
| Copies | | 2/28/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $7.23 |
| Postage-Com | | 2/28/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $6.77 |
| Postage-Com | | 2/28/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $6.31 |
| Postage-Com | | 2/28/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $5.85 |
| Copies | | 2/28/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $4.85 |
| Postage-Com | | 2/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $4.62 |
| Postage-Com | | 2/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $4.39 |
| Postage-Com | | 2/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $4.16 |

|  |  |  |  |  | Ending Mth Balance: | $4.16 |
|--|--|--|--|--|---------------------|-------|

# Prior Month -- Individual Statement

Date Printed:  7/25/2005                                                                Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.16 |
|---|---|---|---|---|---|---|
| 00252614 | SAFFORD | DAVID | C | | | |
| Current Location:    PRE-TRIAL UNIT 2 | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 3/2/2005 | ($2.30) | $0.00 | $0.00 | $0.00 | $1.86 |
| Copies | | 3/4/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $1.86 |
| Copies | | 3/4/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $1.86 |
| Commissary | | 3/9/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $1.40 |
| Mail MO | RITA SAFFORD | 3/11/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $21.40 |
| Postage-Com | | 3/23/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $21.40 |
| Postage-Com | | 3/23/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $21.40 |
| Postage-Com | | 3/23/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $21.40 |
| Commissary | | 3/23/2005 | ($11.04) | $0.00 | $0.00 | $0.00 | $10.36 |
| Copies | | 3/23/2005 | $0.00 | $0.00 | ($2.50) | $0.00 | $10.36 |
| Commissary | | 3/30/2005 | ($5.33) | $0.00 | $0.00 | $0.00 | $5.03 |
| Copies | | 3/30/2005 | ($0.75) | $0.00 | $0.00 | $0.00 | $4.28 |
| Copies | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $4.03 |
| Postage-Com | | 3/30/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $3.57 |
| Postage-Com | | 3/30/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $3.11 |
| Postage-Com | | 3/30/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $2.65 |
| Copies | | 3/30/2005 | ($2.50) | $0.00 | $0.00 | $0.00 | $0.15 |

| | | | | | Ending Mth Balance: | $0.15 |
|---|---|---|---|---|---|---|

## Prior Month -- Individual Statement

Date Printed:  7/25/2005                                                           Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.15 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00252614 | SAFFORD | DAVID | C | | | |
| Current Location:  PRE-TRIAL UNIT 2 | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Copies | | 4/6/2005 | $0.00 | $0.00 | ($3.25) | $0.00 | $0.15 |
| Postage | | 4/6/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.15 |
| Postage | | 4/6/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.15 |
| Postage | | 4/6/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $0.15 |
| Postage-Com | | 4/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.15 |
| Mail MO | RITA SAFFORD | 4/20/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.15 |
| Copies | | 4/26/2005 | ($3.25) | $0.00 | $0.00 | $0.00 | $16.90 |
| Postage | | 4/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $16.44 |
| Postage | | 4/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $15.98 |
| Postage | | 4/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $15.52 |
| Postage-Com | | 4/26/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $13.92 |
| Commissary | | 4/27/2005 | ($9.55) | $0.00 | $0.00 | $0.00 | $4.37 |
| Copies | | 4/29/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $4.37 |
| | | | | | Ending Mth Balance: | | $4.37 |

# Prior Month -- Individual Statement

Date Printed:  7/25/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $4.37 |
|-----|-----------|------------|----|--------|-----------------|-------|
| 00252614 | SAFFORD | DAVID | C | | | |

Current Location:    PRE-TRIAL UNIT 2

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Copies | | 5/3/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $4.37 |
| Commissary | | 5/4/2005 | ($1.30) | $0.00 | $0.00 | $0.00 | $3.07 |
| Copies | | 5/6/2005 | $0.00 | $0.00 | ($5.00) | $0.00 | $3.07 |
| Postage | | 5/6/2005 | $0.00 | $0.00 | ($1.03) | $0.00 | $3.07 |
| Copies | | 5/11/2005 | $0.00 | $0.00 | ($1.00) | $0.00 | $3.07 |
| Postage | | 5/11/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $3.07 |
| Postage | | 5/11/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $3.07 |
| Mail MO | RITA SAFFORD | 5/12/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $28.07 |
| Postage | | 5/19/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $28.07 |
| Postage | | 5/19/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $28.07 |
| Postage | | 5/19/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $28.07 |
| Copies | | 5/25/2005 | $0.00 | $0.00 | ($3.75) | $0.00 | $28.07 |
| Postage | | 5/25/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $28.07 |
| Postage | | 5/25/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $28.07 |
| Postage | | 5/25/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $28.07 |
| Copies | | 5/26/2005 | ($0.75) | $0.00 | $0.00 | $0.00 | $27.32 |
| Copies | | 5/26/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $26.32 |
| Copies | | 5/26/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $21.32 |
| Postage | | 5/26/2005 | ($1.03) | $0.00 | $0.00 | $0.00 | $20.29 |
| Copies | | 5/26/2005 | ($1.00) | $0.00 | $0.00 | $0.00 | $19.29 |
| Postage | | 5/26/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $18.89 |
| Postage | | 5/26/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $18.26 |
| Postage | | 5/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $18.03 |
| Postage | | 5/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $17.80 |
| Postage | | 5/26/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $17.57 |
| Copies | | 5/26/2005 | ($3.75) | $0.00 | $0.00 | $0.00 | $13.82 |
| Postage | | 5/26/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $13.42 |
| Postage | | 5/26/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $13.02 |
| Postage | | 5/26/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $12.62 |
| Copies | | 5/27/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $12.62 |
| Postage | | 5/27/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $12.62 |
| | | | | | Ending Mth Balance: | | $12.62 |

# Prior Month -- Individual Statement

Date Printed: 7/25/2005                                                                                    Page 1 of 2

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $12.62 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00252614 | SAFFORD | DAVID | C | | | |
| Current Location: | PRE-TRIAL UNIT 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|-------------------|--------------|---------|
| Copies | | 6/1/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $12.62 |
| Postage | | 6/1/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $12.62 |
| Commissary | | 6/1/2005 | ($10.25) | $0.00 | $0.00 | $0.00 | $2.37 |
| Mail MO | RITA SAFFORD | 6/6/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $22.37 |
| Commissary | | 6/8/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $20.77 |
| Copies | | 6/10/2005 | $0.00 | $0.00 | ($7.00) | $0.00 | $20.77 |
| Copies | | 6/10/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $20.77 |
| Postage | | 6/10/2005 | $0.00 | $0.00 | ($1.14) | $0.00 | $20.77 |
| Postage | | 6/10/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $20.77 |
| Visit MO | PEGGY DOWNES | 6/14/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $40.77 |
| Postage | | 6/15/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $40.77 |
| Postage | | 6/15/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.77 |
| Copies | | 6/15/2005 | $0.00 | $0.00 | ($3.50) | $0.00 | $40.77 |
| Postage | | 6/17/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.77 |
| Copies | | 6/17/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $40.77 |
| Copies | | 6/17/2005 | $0.00 | $0.00 | ($3.00) | $0.00 | $40.77 |
| Postage | | 6/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.77 |
| Postage | | 6/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.77 |
| Postage | | 6/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.77 |
| Postage | | 6/22/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.77 |
| Copies | | 6/22/2005 | $0.00 | $0.00 | ($6.00) | $0.00 | $40.77 |
| Commissary | | 6/22/2005 | ($7.43) | $0.00 | $0.00 | $0.00 | $33.34 |
| Copies | | 6/24/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $33.34 |
| Copies | | 6/28/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $31.59 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $31.19 |
| Copies | | 6/28/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $29.94 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $29.54 |
| Copies | | 6/28/2005 | ($7.00) | $0.00 | $0.00 | $0.00 | $22.54 |
| Copies | | 6/28/2005 | ($0.50) | $0.00 | $0.00 | $0.00 | $22.04 |
| Postage | | 6/28/2005 | ($1.14) | $0.00 | $0.00 | $0.00 | $20.90 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $20.50 |
| Postage | | 6/28/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $19.87 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $19.47 |
| Copies | | 6/28/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $15.97 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $15.57 |
| Copies | | 6/28/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $15.32 |
| Copies | | 6/28/2005 | ($3.00) | $0.00 | $0.00 | $0.00 | $12.32 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $11.92 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $11.52 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $11.12 |
| Postage | | 6/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $10.72 |
| Copies | | 6/28/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $4.72 |

# Prior Month -- Individual Statement

Date Printed: 7/25/2005                                                                                    Page 2 of 2

## For Month of June 2005

| Copies | 6/28/2005 | ($0.75) | $0.00 | $0.00 | $0.00 | $3.97 |
|---|---|---|---|---|---|---|
| | | | | Ending Mth Balance: | | $3.97 |