05-578

Sussex Correctional Institute
Rt 113 Box 500
Georgetown, DE 19947

August 1, 2005

Re: Safford v. State, No. 0410014004
Certiorari and motion to dismiss

To whom it may concern:

In my haste to seek correction for these errors in justice, I made the following ommissions. Please take note of this addendum and accept my apology.

Although in appearance it is quite proffessional, the letter from Sheryl Rush-Milstead, Esquire is a masterpiece of deception because it actually instigates a conflict instead of providing any resolution. The references to a stage-show or a theater-act are intended to demean a proposition of the correspondant, and actually describes the suggestion of inventing a script. She clearly avoids the issue, telling me only what I can not do, accusing me of intending to pontificate before the Court. She offers no other solution, and makes no attempt to correct the prejudice imposed by her appearant refusal to allow a statement during trial. There is no indication that she will do as she promises, which is evidenced because this is obviously an attempt to passify the client into submission, to accept the judgement of a public defender who offers no defense. Because no alternative other than the offer to ask incriminating questions is made, It is clear that I "will not be allowed to make a statement," or comment on anything, since that option is not given, and since she advises against giving testimony, my presence is really not even required.

(continued on reverse)

<u>Page Two</u>

Also politically correct, but legally unhelpful, the letter from Mr. Deeley, Mrs. Rush-Milsteads supervisor, suggests that I am merely being argumentative in order to disguise the transparency of an excuse for Counsel's unwillingness to provide assistance. The plurality of the word "letter" infact indicates that the phone number was freely given on more than one occasion to no avail. It is not likely that she was given an incorrect number, or that the phone company, who is in the business of providing phone numbers, would refuse her. The phone number in question is listed. In any case, is this a good reason to deny evidence which would go a long way to provide a little help? And why does Mr. Deeley, who is a State employee, believe that people with jobs are robbers? Is medical information <u>really</u> needed to provide my defense?

Thank-you for your concern.

David C. Safford II,
SBI # 252614

## CERTIFICATE OF SERVICE

I, __David C. Safford__, hereby certify that I have served a true and correct copy of the attached __Addendum to motion__ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Attorney General, Department of Justice, | 102 W. Water St., | Dover, DE 19901 |
| Superior Court of Kent, Prothonotary, | #38 The Green, | Dover, DE 19901 |
| Supreme Court of Delaware, Clerk, | #55 The Green, | Dover, DE 19901 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This __2nd__ day of __August__, __2005__.

_D.C. Safford_

(OVER)

```
David C. Safford, II        *           . 0 5 - . . 5 7 8
     Defendant              *
          v.                *    No. 0410014004, below
  State of Delaware         *
     Plaintiff              *
```

# NOTICE

TO: Attorney General
Department of Justice
102 W. Water St.
Dover, DE 19901

PLEASE TAKE NOTICE of the attached addendum to the previously presented Certiorari / motion to dismiss in the matter of State v. Safford, No. 0410014004 in the Superior Court of Kent County, DE, which is to be presented before the honorable court.

David C. Safford II
SBI # 252614
Sussex Correctional Institute
Rt 113 Box 500
Georgetown, DE 19947

August 2, 2005

(OVER)

I/M: D.C. Safford II BLDG A-201
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI #252614

US POSTAGE $00.370
AUG 04 05
FROM ZIP CODE 19947
PB 2230370
1875 7965 7197 19947

Federal District Court of Delaware
Clerk
Lock Box 18
Federal Building
844 N. King Street
Wilmington, DE 19801

U.S.M.S. X-RAY