UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

David C. Safford II,          *
    Petitioner,               *
                              *
                              *
        v.                    *   Civil Action No. 05-578-JWF
                              *
                              *
State of Delaware             *
    Respondant                *

NOTICE



TO: Attorney General
    Department of Justice
    102 West Water Street
    Dover, DE 19901

PLEASE TAKE NOTICE of the attached additional exhibits to the matter before the honorable Court.

David C. Safford II
#252614
S.C.I. Box 500
Georgetown, DE 19947

September 6, 2005

(Continued on reverse)

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the attached additional exhibit upon the parties below:

Attorney General
Department of Justice
102 W. Water Street
Dover, Delaware 19901

Supreme Court of Delaware
# 55 The Green
Dover, DE 19901

By placing same in a sealed, postage pre-paid envelope, and depositing same in the United States Mail on this Sixth day of September, 2005

(Continued on reverse)

I/M: D.C. Safford II   BLDG: A-2
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  #252614
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.83⁰  PB2230370
SEP 07 05
19947

U.S. DISTRICT COURT OF DELAWARE
OFFICE of the CLERK
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M
X-RA