JJF
05-578



**U.S. Postal Service**
**CERTIFIED MAIL** **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 1.98 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

SEP 20 2005
Postmark Here
RODNEY SQ STA WILMINGTON DE 19801
USPS

Sent To
LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.
820 N. FRENCH STREET
City, State, ZIP+4
WILMINGTON, DE 19801

7002 2030 0003 0326 9936

PS Form 3800, June 2002          See Reverse for Instructions