United States District Court
For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-578 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Sgt. C. Shel   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Sgt. C Strey    C. Date of Delivery: 9-27-05 |
| 1. Article Addressed to:<br>05-cv-578(JJF)<br>WARDEN RICK KEARNEY<br>SUSSEX CORRECTIONAL INSTITUTE<br>P.O. BOX 500<br>GEORGETOWN, DE 19947 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>P.O. Box 520<br>3. Service Type<br>☐ Certified Mail  ☑ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0003 0326 9410 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |