IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID C. SAFFORD, II**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. Act. No. 05-578-JJF |
| ) | |
| **RICK KEARNEY**, Warden, and ) | |
| **M. JANE BRADY**, Attorney General ) | |
| of the State of Delaware, ) | |
| ) | |
| Respondents ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

Respondent files herewith certified copies of the following Delaware Superior Court documents:

1. Case ID No. 0410014004

    a. Docket Sheet

    b. Indictment

2. Case ID No. 0508027631

    a. Docket Sheet

    b. Indictment

    c. Sentence Order (Sept. 20, 2005)

    d.  Corrected Sentence Order (Sept. 22, 2005)

                      /s/ **LOREN C. MEYERS**
                      Loren C. Meyers
                      Chief of Appeals Division
                      Department of Justice
                      820 N. French Street
                      Wilmington, DE  19801
                      (302) 577-8500
                      Del. Bar ID 2210
                      loren.meyers@state.de.us

November 7, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on November 7, 2005,

1.  He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

David C. Safford, II
93 Dan Street
Newark, DE  19702

2.  He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

3.  He caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

        /s/ **LOREN C. MEYERS**
        Loren C. Meyers
        Chief of Appeals Division
        Department of Justice
        820 N. French Street
        Wilmington, DE  19801
        (302) 577-8500
        Del. Bar ID 2210
        loren.meyers@state.de.us