IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID C. SAFFORD, II, | : |
|     Petitioner, | : |
| v. | :   Civil Action No. 05-578-JJF |
| RICK KEARNEY, Warden, and M. JANE BRADY, Attorney General of the State of Delaware, | : |
|     Respondents. | : |

**O R D E R**

At Wilmington this 23 day of March, 2006;

IT IS ORDERED that:

Petitioner David C. Safford's Motion to Amend (which is titled "Certiorari and Motion to Dismiss") is **GRANTED**. (D.I. 3.) Accordingly, the Court will consider Petitioner's comments contained in the aforementioned Motion when it reviews his Petition.

                                                                       */s/ Joseph J. Farnan, Jr.*
                                          UNITED STATES DISTRICT JUDGE