OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

August 1, 2006

TO:  David C. Safford, II  
     SBI# 252614  
     SCCC  
     SVOP/SWRU  
     23207 Dupont Blvd.  
     Georgetown, DE 19947

**RE:** *Request for Copywork*; 05-578(JJF)

Dear Mr. Safford:

A letter has been received by the Clerk's office from you requesting copywork in the above mentioned case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment in the amount of $28.50 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.