05-578-JJF
David C. Safford

Safford v A.G.
State of DE

Change of address -

93 Dan St.
Newark, DE 19702

*[signature]*

8-7-06