Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M. X-RAY

WILMINGTON DE 197
01 AUG 2006 PM 3 L

Mailed from 19801
08/01/2006
$00.39
US POSTAGE

05cv578 JJF

FILED
AUG - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG
Scanned

David C. Safford, II
SBI# 234614
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
  ☐ NO SUCH NUMBER/ STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

RETURN TO SENDER

**Other Documents**
1:05-cv-00578-JJF Safford v. Attorney General of the State of Delaware et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from dab, entered on 8/1/2006 at 12:41 PM EDT and filed on 8/1/2006

**Case Name:**       Safford v. Attorney General of the State of Delaware et al
**Case Number:**    1:05-cv-578
**Filer:**
**Document Number:** 20

**Docket Text:**
Letter to Plaintiff from Clerk of Court regarding fee for requested copywork - re [19] Letter. (dab, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/1/2006] [FileNumber=252461-0]
[4ac69d718d9102aba2097d7dc2b2bb4edcaa66af20909672e19c0a6a63e83ae44b9ca
8fcc6425975265519c3a447527532c6be9839fe4f8dbe715beab62e4580]]

**1:05-cv-578 Notice will be electronically mailed to:**

**1:05-cv-578 Notice will be delivered by other means to:**

David C. Safford, II
SBI# 252614
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

h      ecf  e   c  c    c  cg  b           ch