IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID C. SAFFORD, II,

        Petitioner,

v.                                 Civ. Act. No. 05-578-JJF

RICK KEARNEY, Warden,
and CARL C. DANBERG,
Attorney General of the
State of Delaware,

        Respondents.

**O R D E R**

At Wilmington, this 28 day of August, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner David C. Safford, II's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE