REVIEWED
By Larisha Davis at 12:00 pm, Jun 26, 2007

CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00578-JJF
### Internal Use Only

| | |
|---|---|
| Safford v. Attorney General of the State of Delaware et al | Date Filed: 08/05/2005 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Date Terminated: 08/28/2006 |
| Related Case: 1:06-cv-00692-JJF | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| David C. Safford, II | represented by | David C. Safford, II<br>SBI# 252614<br>Plummer Community Corrections Center<br>38 Todds Lane<br>Wilmington, DE 19805<br>PRO SE |

V.

**Respondent**

| | | |
|---|---|---|
| Attorney General of the State of Delaware | represented by | Loren C. Meyers<br>Department of Justice<br>820 N. French Street, 8th Floor<br>Carvel Office Building<br>Wilmington, DE 19801<br>(302) 577-8500<br>Email: loren.meyers@state.de.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| Rick Kearney | represented by | Loren C. Meyers<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by David C. Safford, II. (mwm, ) (Entered: 08/09/2005) |
| 08/05/2005 | 2 | PETITION for Writ of Habeas Corpus - filed by David C. Safford, II.(mwm, ) (Entered: 08/09/2005) |
| 08/05/2005 | 3 | Addendum to Habeas Petition - filed by David C. Safford, II. (mwm, ) Modified on 8/23/2005 (mwm, ). (Entered: 08/09/2005) |
| 08/17/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 08/17/2005) |
| 08/23/2005 | 4 | ORDER, granting request to proceed informa pauperis and notifying petitioner that AEDPA applies to petition. Petitioner must file attached election form with the court. |

| | | |
|---|---|---|
| | | (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 9/30/2005. Signed by Judge Joseph J. Farnan, Jr. on 08/22/05. (Attachments: # [1](#) aedpa)(afb, ) (Entered: 08/23/2005) |
| 08/25/2005 | [5](#) | Notice of Correction and Addition of Exhibits to Habeas Petition by David C. Safford, II. Correction and Adding to: [3](#)Addendum to Habeas Petition MOTION, and [2](#) Petition for Writ of Habeas Corpus. (with SEALED Attachments (Exhibit B): # [1](#))(dlk, ) (Entered: 08/30/2005) |
| 08/30/2005 | [6](#) | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (dlk ) (Entered: 08/31/2005) |
| 09/07/2005 | [7](#) | ORDER, Clerk shall serve by certified mail a copy of the petition and the addendum, the order dated 08/22/05,the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Joseph J. Farnan, Jr. on 09/07/05. (afb, ) (Entered: 09/09/2005) |
| 09/08/2005 | [8](#) | NOTICE of Additional Exhibits by David C. Safford, II (Attachments: # [1](#) Exhibits to Notice)(afb, ) (Entered: 09/15/2005) |
| 09/20/2005 | | Remark: Clerk sent by certified mail copies of: D.I. 2, 3, 4, 6, and 7 to the Warden and AG per D.I. 7. (afb, ) (Entered: 09/20/2005) |
| 09/20/2005 | [9](#) | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware (afb, ) (Entered: 09/23/2005) |
| 09/22/2005 | [10](#) | Return of Service Executed by David C. Safford, II. Attorney General of the State of Delaware served on 9/21/2005, answer due 10/11/2005. (afb, ) (Entered: 09/23/2005) |
| 09/22/2005 | [11](#) | Return of Service Executed on Warden Thomas Carroll on 09/21/05 by David C. Safford, II. (afb, ) (Entered: 09/23/2005) |
| 09/23/2005 | | Remark : clerk sent be certified mail copies of D.I. 2, 3, 4, 6, and 7 to the Warden Rick Kearney per D.I. 7. (afb, ) (Entered: 09/26/2005) |
| 09/26/2005 | [12](#) | Postal Receipt(s) for the mailing of process to Rick Kearney. (afb, ) (Entered: 09/27/2005) |
| 09/29/2005 | [13](#) | Return of Service Executed by David C. Safford, II. Rick Kearney served on 9/27/2005, answer due 10/17/2005. (afb, ) (Entered: 09/30/2005) |
| 11/07/2005 | [14](#) | RESPONSE to Petition for Writ of Habeas Corpus by Attorney General of the State of Delaware, Rick Kearney. (Attachments: # [1](#) Exhibit Devon Brown v. Williams, 2004 WL 1534784)(Meyers, Loren) (Entered: 11/07/2005) |
| 11/07/2005 | [15](#) | NOTICE of filing the following document(s) in paper format: State Court (Superior Ct.) Records. Original document(s) on file in Clerk's Office. Notice filed by Loren C. Meyers on behalf of Attorney General of the State of Delaware, Rick Kearney (Meyers, Loren) (Entered: 11/07/2005) |
| 11/07/2005 | [16](#) | STATE COURT RECORD filed by Attorney General of the State of Delaware, Rick Kearney. (Record on file in Clerk's Office); (See notice of filing D.I. 15). (afb, ) (Entered: 11/09/2005) |
| 11/18/2005 | | Remark: Address updated per Petitioner's Reply filed 11/18/05 (rbe, ) (Entered: 11/21/2005) |
| 11/18/2005 | [17](#) | Reply to Response (D.I. 14) to [2](#) Petition for Writ of Habeas Corpus filed by David C. Safford, II. (afb, ) (Entered: 11/21/2005) |
| 02/24/2006 | | (Court only) ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006) |
| 03/23/2006 | [18](#) | ORDER the Petitioner's [3](#) Motion to Amend is GRANTED . Signed by Judge Joseph J. |