1760 Grande View Ave.

Severn, MD  21144

J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE 19801

September 17, 2007

Regarding civil action number 05-578-JJF

Clerk of the Court:

Please be advised that my address has been changed.  My new address is 1760 Grande View Ave., Severn, MD  21144.  Thank you.

David Safford



FILED
SEP 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

O.C. Safford II
1760 Grande View Ave
Severn, MD 21144



BALTIMORE MD 212
17 SEP 2007 PM 2 T

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Bldg.
844 N. King St.
Wilmington, DE 19801

19801+3515